61,869-03

Thomas Lee Evans
Wynne Unit - TDCJ# 435211
820 FM2821
Huntsville, Texas 7734

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

September 7, 2015

Court of Criminal Appeals Clerk,

Mr. Abel Acosta

P.O. Box 12308, Capitol Station

Austin, Texas 78711

(Montgomery County)
Trial Ct. No. 19180(i)

WR-61,869-03

To The Honorable Appeals Court Clerk, Mr. Acosta:

I recently filed a writ with the trial court, who agreed there were previously unresolved issues in dispute, but then, following the court appointed appeal attorney's faulty memory and the clerk's "second" loss of the records, my issues were not addressed because of the time that has elapsed. I have thoroughly researched the case law at the State and Federal levels and have found that the trial court and the Court of Criminal Appeals have used incorrect facts regarding their decision to completly ignore my writ issues because of the time that has evolved. After reading the case law the State quoted, and in my indipendent federal review, proves that I am the exception on every level: "I have newly discovered evidence in the form of an affidavit by a forensic scientist, Mr. Ragle, showing the state and its D.P.S. chemist lied in my trial; and I have an affidavit by an eye-doctor who also states that the D.A.'s witness lied about the exactness of a pair of glasses found at the scene. 2. I also have raised issues that are obvious from the trial record, in my possession right now, with every page stamped and with a note of authentication from the Sam Houston Regional Law Library + Research Center, over in Liberty, Texas. After my appeal counsel's one error appeal brief I tried to get the trial records from the Clerk and the Reporter, and the Clerk responded that she couldn't locate them. Then, after I found them on my own at the Sam Houston place, she got another copy from and again lost them in 2008, or so the state claims. My copy is still protected and my attorney Richard Martin P. Cowles, read an indipendent copy and could be asked to ~~the copy~~ verify this copy. It is

(1.)

not my fault that the Clerk and the State are throwing everything in the trash. How is this legal? How is this my fault? Why is my copy of the appeal records, which includes the trial testimonies, Not enough to prove my issues?

* * *

Question One:

May I file a Mandamus with your court, offer my facts on the issue of the laches only, so as to try and compel the Court to order a hearing on the matter?

* * *

Question Two:

Could I please have a copy everything the County Clerk filed with your Court when they forwarded you my writ? The reasons I need this are two-fold: A. I am in the process of perfecting my federal writ under their section 2254; and B. The State claimed that I made no attempt to explain my delay in filing th state writ, yet I did submit an affidavit explaining the facts, in detail. I need to know if the Clerk or State threw this affidavit away, as they did my trial records, twice? I have no idea what was presented in this charade of a hearing on the issue, because I was not allowed to participate or present any facts in support of my claims. (I have federal case law where an exact same situation ended with a complete reversal of th case. I need these papers to argue correctly.)

* * *

Question Three:

If you will not send me a complete copy of th writ file the county submitted to your Court, (including the Affidavits) then how do I go about having the items forwarded to the Federal Court when I finish my §2254?

* * *

Thank you for your consideration. I look forward to your direction on these three questions.

Respectfully submitted,

Thomas L. Evans

Montgomery County, Trial Ct. No. 19180(i)

WR-61,869-03.